Form OBD-113 Order of Dismissal
(Rev. 11-13)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 1:18-CR-684 |
| Plaintiff, | ) |
| v. | ) JUDGE SOLOMON OLIVER, JR. |
| BRANDON OJIKUTU, | ) |
| Defendant. | ) |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the Northern District of Ohio hereby dismisses, without prejudice, the Indictment against Defendant Brandon Ojikutu.

Bridget M. Brennan
Acting United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

/s/ Solomon Oliver, Jr.
United States District Judge
Solomon Oliver, Jr.

Date: 4/23/2021